**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alan Beaver Laverte WAY,
Defendant–Appellant.**

**No. 08–7615.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 18, 2008.

Alan Beaver Laverte Way, Appellant Pro Se. Donna Carol Sanger, Office of the United States Attorney, James Marton Trusty, Assistant United States Attorney, Greenbelt, Maryland, Mythili Raman, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan Beaver Laverte Way seeks to appeal the district court's order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Way seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*